UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                    Case No. 06-cr-05-01-PB

**Geraldo Gonzalez**


### O R D E R

    The defendant has moved to continue the April 4, 2006 trial in the above case, citing the need for additional time to review discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from April 4, 2006 to August 15, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on July 25, 2006 at 3:30 p.m.

SO ORDERED.

>                                        /s/Paul Barbadoro
>                                        Paul Barbadoro
>                                        United States District Judge

March 23, 2006

cc:  Richard Foley, Esq.
     Robert Veiga, AUSA
     United States Probation
     United States Marshal